ACCEPTED
15-25-00086-Cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/1/2025 10:54 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00086-CV

# IN THE COURT OF APPEALS
## FOR THE FIFTEENTH DISTRICT OF TEXAS
## AT AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/1/2025 10:54:14 AM
CHRISTOPHER A. PRINE
Clerk

**CITY OF GRAND PRAIRIE, CITY OF ALEDO, CITY OF ANGLETON, CITY OF AUBREY, CITY OF BULVERDE, CITY OF CLYDE, CITY OF COLLEGE STATION, CITY OF CRANDALL, CITY OF DENISON, CITY OF DENTON, CITY OF EDCOUCH, CITY OF ELSA, CITY OF FATE, CITY OF HUTTO, CITY OF KAUFMAN, CITY OF LA VILLA, CITY OF LOCKHART, CITY OF MCKINNEY, CITY OF NAVASOTA, CITY OF PARKER, CITY OF VAN ALSTYLE, AND AUBREY MUNICIPAL DEVELOPMENT DISTRICT**
*Appellants – Plaintiffs*

**CITY OF BROWNSVILLE, CITY OF CIBOLO, CITY OF ANNA, AND CITY OF BONHAM**
*Appellants – Intervenor Plaintiffs*

**2020 LONG TAIL TRAIL INVESTMENTS, LLC**
*Appellants – Intervenor Defendant*

v.

**THE STATE OF TEXAS, ATTORNEY GENERAL KENNETH PAXTON, IN HIS OFFICIAL CAPACITY, ACTING TEXAS COMPTROLLER OF PUBLIC ACCOUNTS KELLY HANCOCK, IN HIS OFFICIAL CAPACITY, AND THE OFFICE OF THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**
*Appellees – Defendants*

---

## APPELLANTS - PLAINTIFFS FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

---

Pursuant to Rule 10.5(b) of the Texas Rules of Appellate Procedure, Appellants – Plaintiffs, Cities of  Grand Prairie, Aledo, Angleton, Aubrey, Brownsville, Bulverde, Cibolo, Clyde, College Station, Crandall, Denison, Denton,

Edcouch, Elsa, Fate, Hutto, Kaufman, La Villa, Lockhart, McKinney, Navasota, Parker, and Van Alstyne and Aubrey Municipal Development District (collectively, the "Cities") respectully requests a twenty (20) day extension of time to file Appellants' Reply brief.

1.      The Cities filed a notice of appeal on May 6, 2025.

2.      The Cities' principal brief was filed on August 15, 2025.

3.      Appellee's response brief was due Monday, September 15, 2025 and requested a 30-day extension until October 15, 2025 which was granted.

4.      Appellee's then filed a second unopposed motion for extension of time for an additional 16 days extending their response brief until October 31, 2025.

5.      Appellee's then filed a third unopposed motion for extension of time for an additional 14 days extending their brief until November 14, 2025.

6.      Cities current deadline to file their reply brief is December 4, 2025.

7.      Cities seek an additional twenty (20) days to file their reply brief. Counsel for the Cities requires additional time due to the complexity of the issues and the time needed to research and brief these issues. Additionally, Cities counsel, Timothy Allen Dunn, recently and unexpectedly passed away on October 30, 2025.

8.      Mr. Dunn had primary responsibility for preparing the brief in this matter.  As a result of his unexpected passing, additional time is needed for remaining counsel to review the file, reassign responsibilities, and complete the preparation of the brief.

9. Additionally, counsel for the Cities is currently assisting in the preparation of a Motion for Summary Judgment in a case styled *15508 Impact Way, LLC v. Pflugerville Community Development Corporation and City of Pflugerville*, case number 1:24-cv-00914 in the United States District Court for the Western District of Texas, Austin Division and is preparing an Appellee's Brief in a case styled *Verdego Materials, LLC and Clayton Wittwer v. City of Combine*, Case No. 05-25-00912-CV in the Fifth Court of Appeals, Dallas, Texas.

10. The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file a brief.

11. Appellees are unopposed to the relief requested herein.

12. No extension has previously been requested or granted to extend the time to file the Cities' reply brief.

WHEREFORE, Appellants – Plaintiffs, Cities of Grand Prairie, Aledo, Angleton, Aubrey, Brownsville, Bulverde, Cibolo, Clyde, College Station, Crandall, Denison, Denton, Edcouch, Elsa, Fate, Hutto, Kaufman, La Villa, Lockhart, McKinney, Navasota, Parker, and Van Alstyne and Aubrey Municipal Development District pray that the Court grant this motion and extend the time to file Appellants – Plaintiffs' brief for twenty (20) days, or by December 24, 2025.

Respectfully submitted,

*/s/Wm. Andrew Messer*
**BRADFORD E. BULLOCK**
STATE BAR NO. 00793423
brad@txmunicipallaw.com
**ARTURO D. RODRIGUEZ, JR.**
State Bar No. 00791550
art@txmunicipallaw.com
**MESSER FORT, PLLC**
4201 W. PARMER LN, STE. C-150
AUSTIN, TEXAS 78727
512.930.1317 – TELEPHONE
972.668.6414 – FACSIMILE

AND

**WM. ANDREW MESSER**
STATE BAR NO. 13472230
andy@txmunicipallaw.com
**MESSER, FORT, PLLC**
6371 PRESTON ROAD, SUITE 200
FRISCO, TEXAS 75034
972.668.6400 - TELEPHONE
972.668.6414 – FACSIMILE

**ATTORNEYS FOR APPELLANTS-
PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

On November 26, 2025 counsel for the Cities conferred with counsel for Appellees - Defendants who indicated that they are unopposed to the motion.

*/s/Wm. Andrew Messer*
WM ANDREW MESSER

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been sent via electronic service to all attorneys of record, in compliance with Rule 6.3 of the TEXAS RULES OF APPELLATE PROCEDURE, on December 1, 2025.


 /s/*Wm. Andrew Messer*
WM. ANDREW MESSER

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sherry Brown on behalf of Wm. Andrew Messer
Bar No. 13472230
sherry@txmunicipallaw.com
Envelope ID: 108550512
Filing Code Description: Motion
Filing Description: Appellants-Plaintiffs 1st Unopp Motion for Extension of Time to File Reply Brief
Status as of 12/1/2025 11:40 AM CST

Associated Case Party: Attorney General Kenneth Paxton (in his Official Capacity

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jennifer Holt | | jennifer.holt@oag.texas.gov | 12/1/2025 10:54:14 AM | SENT |
| Cole Wilson | | Cole.Wilson@oag.texas.gov | 12/1/2025 10:54:14 AM | SENT |
| Tristan AGarza | | tristan.garza@oag.texas.gov | 12/1/2025 10:54:14 AM | SENT |
| Lynn Saarinen | | lynn.saarinen@oag.texas.gov | 12/1/2025 10:54:14 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Allison Collins | 24127467 | Acollins@fosterswift.com | 12/1/2025 10:54:14 AM | SENT |
| Sherry  Brown | | sherry@txmunicipallaw.com | 12/1/2025 10:54:14 AM | SENT |
| Andy  Messer | | andy@txmunicipallaw.com | 12/1/2025 10:54:14 AM | SENT |
| Brad Bullock | | brad@txmunicipallaw.com | 12/1/2025 10:54:14 AM | SENT |
| Todd Disher | | todd@lehotskykeller.com | 12/1/2025 10:54:14 AM | SENT |
| William Thompson | | will@lkcfirm.com | 12/1/2025 10:54:14 AM | SENT |
| Cole Wilson | | cole.wilson@oag.texas.gov | 12/1/2025 10:54:14 AM | SENT |
| Guillermo  Trevino | | will.trevino@brownsvilletx.gov | 12/1/2025 10:54:14 AM | SENT |
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 12/1/2025 10:54:14 AM | SENT |
| George Hyde | | ghyde@txlocalgovlaw.com | 12/1/2025 10:54:14 AM | SENT |
| Matthew Weston | | mweston@txlocalgovlaw.com | 12/1/2025 10:54:14 AM | SENT |
| David  Overcash | | david.overcash@wtmlaw.net | 12/1/2025 10:54:14 AM | SENT |
| Clark McCoy | | cmccoy@wtmlaw.net | 12/1/2025 10:54:14 AM | SENT |

Associated Case Party: City of Brownsville, Texas

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sherry Brown on behalf of Wm. Andrew Messer
Bar No. 13472230
sherry@txmunicipallaw.com
Envelope ID: 108550512
Filing Code Description: Motion
Filing Description: Appellants-Plaintiffs 1st Unopp Motion for Extension of Time to File Reply Brief
Status as of 12/1/2025 11:40 AM CST

Associated Case Party: City of Brownsville, Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 12/1/2025 10:54:14 AM | SENT |
| Will S.Trevino | | will.trevino@brownsvilletx.gov | 12/1/2025 10:54:14 AM | SENT |